UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                        DECISION and ORDER

                       -vs-                                             13-CR-6140

FREDERICK STOKES,

                              Defendant.
_____

       On January 28, 2014, United States Magistrate Judge Marian W. Payson issued a Report and Recommendation (Dkt. #43) recommending that the District Court deny the defendant's motion to suppress evidence. By letter dated February 12, 2014, defense counsel advised that defendant did not object to the Magistrate judge's Report and Recommendation (Dkt. #55).

       Therefore, I accept the Magistrate judge's Report and Recommendation. There is no objection to it, and I find no reason to reverse or modify it. Defendant's motion to suppress evidence is denied.

       IT IS SO ORDERED.

Dated:    March 5, 2014
            Rochester, New York

                                             HON. DAVID G. LARIMER
                                             United States District Judge